■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v VAL BROUSSARD, Appellant.—Judgment, Supreme Court, Bronx County (William H. Wallace, III, J.), rendered February 11, 1991, convicting defendant, after a jury trial, of assault in the second degree, attempted robbery in the third degree, tampering with a witness in the third degree and intimidating a victim or witness in the third degree, and sentencing him, as a second felony offender, to a term of imprisonment of 3½ to 7 years for assault and 2 to 4 year terms of imprisonment on the remaining counts, all to run concurrently, unanimously affirmed.

Viewing the evidence in the light most favorable to the People, and giving due deference to the jury's findings of credibility under the standards set forth in *People v Bleakley* (69 NY2d 490), defendant's guilt was proven beyond a reasonable doubt, and the verdict was not against the weight of the evidence. The issues raised by defendant concerning the credibility of the complaining witness were placed before the jury, and we find no reason to disturb its determination. We also find no merit to defendant's unpreserved argument that the prosecutor improperly argued critical facts not in evidence. The prosecutor's slight error in recalling the testimony of a defense witness was harmless. Finally, defendant received an appropriate sentence for his three separate attacks upon the complaining witness. Concur—Sullivan, J. P., Milonas, Kupferman and Rubin, JJ.